**Order entered January 26, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01358-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant**

**V.**

**MICHAEL BALLEW, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-20-04852-A**

### ORDER

Before the Court is appellant's January 24, 2023 first unopposed motion for an extension of time to file its brief on the merits. Because this is an accelerated appeal, we **GRANT** the motion **to the extent** it is now due **February 28, 2023**.

/s/　KEN MOLBERG
　　　 JUSTICE